IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN DALTON,

    Defendant/Petitioner,

  v.

UNITED STATES OF AMERICA,

    Plaintiff/Respondent.

No. C 02-4949 SI
No. CR 96-0276 SI

**ORDER DENYING PETITIONER'S MOTION TO SET ASIDE JUDGMENT**

John Dalton has moved for this Court to set aside his criminal conviction. This motion is a direct attack on his now final criminal conviction and is properly brought through a petition for habeas corpus. Mr. Dalton is referred to the Court's January 26, 2009 Order, at 3 [Docket No. 659] for instructions on obtaining an order from the United States Court of Appeals for the Ninth Circuit authorizing this Court to consider this, the most recent of his successive habeas petitions. This action is DISMISSED without prejudice to Mr. Dalton filing a petition in this Court after he obtains the necessary order from the Court of Appeals for the Ninth Circuit.

**IT IS SO ORDERED.**

Dated: June 6, 2009

SUSAN ILLSTON
United States District Judge