IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DALTON,<br><br>      Defendant/Petitioner,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>      Plaintiff/Respondent. | No. C 02-4949 SI<br>No. CR 96-0276 SI<br><br>**ORDER DENYING PETITIONER'S MOTIONS FOR APPOINTMENT OF COUNSEL**<br>**[Docket Nos. 666, 667, 669]** |

John Dalton has filed three motions seeking appointment of counsel. A district court may appoint counsel to represent a habeas petitioner whenever "the court determines that the interests of justice so require and such person is financially unable to obtain representation." 18 U.S.C. § 3006A(a)(2)(B). The decision to appoint counsel is within the discretion of the district court. *See Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir.1986). Appointment is mandatory only when the circumstances of a particular case indicate that appointed counsel is necessary to prevent due process violations. *See id.* The Court finds that appointment of counsel is not necessary in this action. The motions for appointment of counsel are DENIED.

**IT IS SO ORDERED.**

Dated: June 19, 2009

SUSAN ILLSTON
United States District Judge